950

No. 1151, Misc.   BRYAN *v.* LIBERTY MUTUAL INSURANCE Co.   C. A. 5th Cir.   Certiorari denied.

No. 1156, Misc.   THOMPSON *v.* WARDEN, MARYLAND PENITENTIARY.   C. A. 4th Cir.   Certiorari denied.

No. 1164, Misc.   LLANUSA *v.* NEW YORK.   App. Term, Sup. Ct. N. Y., 1st Jud. Dept.   Certiorari denied. *Joseph I. Stone* for petitioner.

No. 1166, Misc.   WEEMS *v.* FOLLETTE, WARDEN.   C. A. 2d Cir.   Certiorari denied. *Louis L. Hoynes, Jr.,* for petitioner. *Louis J. Lefkowitz,* Attorney General of New York, *Samuel A. Hirshowitz,* First Assistant Attorney General, and *Hillel Hoffman,* Assistant Attorney General, for respondent.

No. 1168, Misc.   POPE *v.* UNITED STATES.   C. A. 8th Cir.   Certiorari denied. *Solicitor General Griswold* for the United States.

No. 1169, Misc.   BRYANT *v.* CRAVEN, WARDEN, ET AL. C. A. 9th Cir.   Certiorari denied.

No. 1174, Misc.   RICHARDS *v.* CALIFORNIA ADULT AUTHORITY.   C. A. 9th Cir.   Certiorari denied.

No. 1175, Misc.   ZIDE *v.* WAINWRIGHT, CORRECTIONS DIRECTOR.   Sup. Ct. Fla.   Certiorari denied.

No. 1186, Misc.   CASTRO *v.* UNITED STATES.   C. A. 1st Cir.   Certiorari denied. *Solicitor General Griswold* for the United States.